USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,

               Plaintiff,

     - against -

HELLS KITCHEN INK LLC, et al.,

              Defendants.
------------------------------------------------------------X

21-CV-4821 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Affidavits of service of the complaint on June 14, 2021 were filed on July 12, 2021. Answers were due by July 6, 2021. No answers have been filed and no defendant has appeared. Accordingly, by **January 23, 2022**, Plaintiff shall file a letter with the Court providing status, explaining why the case should not be dismissed for failure to prosecute, and stating whether Plaintiff seeks to move for default judgment

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
       New York, New York

Copies transmitted this date to all counsel of record.